FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILSON LOUIS HUNT, <br><br> Defendant. | No.   1:23-CR-02048-SAB-1 <br><br> **ORDER DISMISSING INDICTMENT** |

On January 14, 2026, Defendant was sentenced in a related matter. *See* 1:23-CR-2037-SAB-4. At the sentencing hearing, the United States moved to dismiss the Indictment in this matter and the Court granted the motion. This Order memorializes the Court's oral ruling.

Accordingly, **IT IS ORDERED**:

1. Pursuant to the United States' motion, the Indictment filed in the above-captioned matter, ECF No. 1, is **dismissed**, with prejudice.

**IT IS HEREBY ORDERED**. The District Court Executive is directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 14th day of January 2026.



Stan Bastian
Chief United States District Judge

**ORDER DISMISSING INDICTMENT** ~ 1